UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


George Blaisdell

                v.
                                          Case No. 1:12-fp-369

Elizabeth Lapierre, et al



                        O R D E R


     The court shall treat the uncaptioned motion dated January 26,

2013 (doc. no. 4), as a request to extend the time to submit the

required filing fee or in forma pauperis ("IFP") motion as was set

forth by the "Order-Filing Fee Omitted" dated October 3, 2012.  The

plaintiff shall have until March 1, 2013, to pay the filing fee or

submit an IFP motion.  The clerk's office shall also provide one-time

courtesy copies of the documents requested in the plaintiff's motion.

     SO ORDERED.

                                    /s/ Daniel J. Lynch
                                    Daniel J. Lynch
                                    United States Magistrate Judge


Date: January 31, 2013

cc:  George Blaisdell, pro se